IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMSUNG ELECTRONICS AMERICA, INC.**, *et al.* | : CIVIL ACTION<br>:<br>: |
| v. | : NO. 21-562<br>: |
| **WILLIAM GRECIA** | : |

# ORDER

**AND NOW**, this 15th day of March 2021, upon considering Defendant's Motion to dismiss or alternatively transfer (ECF Doc. No. 5), Plaintiffs' Oppositions (ECF Doc. Nos. 19, 20), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 5) is **DENIED**.

_____
**KEARNEY, J.**